**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

NATHANIEL J. BROWN,

    Plaintiff.

v.                                    CASE NO. 1:15-cv-173-MP-GRJ

COMCAR INDUSTRIES, INC., et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 3, 2015. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed objections, Docs. 6-7, and the Court has made a de novo determination of those portions of the Report and Recommendation.

Having considered the Report and Recommendation and objections by Plaintiff, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.     The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order.

    2.     Plaintiff's motion for leave to proceed as pauper, Doc. 2, is DENIED .

    3.     The case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) three-strikes bar and as frivolous.

4. The clerk is directed to enter final judgment and close the file.

**DONE AND ORDERED** this  *24th*  day of November, 2015

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
